# `UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

## No. 201800034

_____

## UNITED STATES OF AMERICA
Appellee

v.

## JARED O. MANNIS
Electrician's Mate Second Class (E-5), U.S. Navy
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Commander Jason L. Jones, JAGC, USN.
Convening Authority: Commanding Officer, Navy Medicine Training
Support Center, JBSA Sam Houston, TX.
Staff Judge Advocate's Recommendation: Lieutenant Commander John
E. Frajman, JAGC, USN.
For Appellant: Lieutenant Commander Paul D. Jenkins, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

_____

Decided 15 May 2018

_____

Before MARKS, PRICE, and STEPHENS, *Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court